DAVID W. SCHECTER (State Bar No. 296251)
dschecter@millerbarondess.com
ROBBY S. NAOUFAL (State Bar No. 302148)
rnaoufal@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendant
KINDERFARMS LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GENEXA INC,<br><br>    Plaintiff,<br><br>v.<br><br>KINDERFARMS LLC,<br><br>    Defendant. | **CASE NO. 2:22-cv-09291**<br><br>**DEFENDANT KINDERFARM'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS, MOTION TO STRIKE, AND SPECIAL MOTION TO STRIKE (ANTI-SLAPP)**<br><br>[*Filed Concurrently with Notice of Motion and Motion to Dismiss Plaintiff's Complaint; Motion to Strike and Special Motion to Strike (Anti-SLAPP); Memorandum of Points and Authorities; Declaration of David W. Schecter; and [Proposed] Order*]<br><br>Hearing Date: February 13, 2023<br>Hearing Time: 10:00 am<br>Courtroom: 5A<br><br>Complaint Filed: December 22, 2022<br>Trial Date: Not yet set<br><br>Assigned to: The Honorable Michael W. Fitzgerald and Magistrate Judge Steve Kim |

593217.1

Case No. 2:22-cv-09291

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
DEFENDANT KINDERFARMS LLC'S MOTION TO DISMISS AND STRIKE

Defendant KinderFarms LLC ("Defendant" or "KinderFarms") hereby submits this Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence in support of its Motion to Dismiss, Motion to Strike, and Special Motion to Strike Plaintiff Genexa Inc.'s Complaint:

| EXHIBIT | DESCRIPTION | PG. NO. |
|---|---|---|
| A | Image of Genexa, Inc.'s Kids' Cough & Chest Congestion, at: https://www.genexa.com/products/kids-cough-chest-congestion-liquid | 4 – 5 |
| B | Image of KinderMed's Kids' Cough & Congestion, at: https://kinderfarms.com/products/kindermed-kids-cough-congestion | 6 – 7 |

## I.  LEGAL STANDARDS

A court can take judicial notice of relevant facts that are "not subject to reasonable dispute." (Fed. R. Evid. 201(b).) This includes facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." (Fed. R. Evid. 201(b)(2).) court "must take judicial notice if a party requests it and the court is supplied with the necessary information." (Fed. R. Evid. 201(c)(2).)

In evaluating a Rule 12(b)(6) motion, the court considers the complaint as well as "material which is properly submitted as part of the complaint," which means the documents are either "physically attached to the complaint" or the "complaint necessarily relies" on them and their authenticity is not contested. *Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001). "Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the

plaintiff's claim." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

## II. DOCUMENTS SUBJECT TO JUDICIAL NOTICE

Exhibit A is an image of Plaintiff Genexa's "Kids' Cough & Chest Congestion" product. Exhibit B is an image of Defendant KinderFarms' "Kids' Cough & Congestion" product. The Court may take judicial notice of such material as an indication of information available in the public realm. *See Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010). In the Complaint and in support of their Lanham Act, false advertisement, and unfair competition claims, Plaintiff relies on and references Genexa's and KinderFarms' entire lines of OTC medicine products, including the cough and congestion medicines pictured in Exhibits A and B. (Compl. ¶¶ 21, 35, 49.)

## III. CONCLUSION

Defendant respectfully requests that the Court consider Exhibits A and B in ruling on Defendant's Motion to Dismiss, Motion to Strike, and Special Motion to Strike.

DATED: January 13, 2022          MILLER BARONDESS, LLP

By: _____
DAVID W. SCHECTER
Attorneys for Defendants
KINDERFARMS LLC