# EXHIBIT A

 Shop   Clean Medicine   Community   Account   Store Locator   Contact Us   Your Bag   

Shop All / Kids' Cough & Chest Congestion








# Kids' Cough & Chest Congestion

**Cough Suppressant / Expectorant**
Dextromethorphan HBR / Guaifenesin

★★★★★ 4.8 (40)

- Made with the same active ingredients as Children's Mucinex® FreeFrom® Cough & Mucus but without any artificial fillers
- Powerful cough suppressant and expectorant
- Helps temporarily control cough, relieves chest congestion, and helps thin and loosen mucus
- No dyes, artificial sweeteners, artificial preservatives, or artificial fillers

## We're sorry, this item is out of stock.

Please select one of the options below to find this product online or in a store near you.

[ Notify me when back in stock ]

**Find a store** or get it fast from our retail partners.



Ready to clean up your **medicine cabinet?**
Customize your cabinet with any 6 products and save 25%.

[ Get Started ]

Free shipping for orders over $25.
100% Satisfaction Guarantee