| | |
|---|---|
| 1 | PAUL HASTINGS LLP |
| 2 | Steven A. Marenberg (Bar No. 101033)<br>stevenmarenberg@paulhastings.com |
| 3 | James Pearl (Bar No. 198481)<br>jamespearl@paulhastings.com |
| 4 | Jennica K. Wragg (Bar No. 328410)<br>jennicawragg@paulhastings.com |
| 5 | 1999 Avenue of the Stars, 27th Floor<br>Los Angeles, California 90067 |
| 6 | Telephone: (310) 620-5700<br>Facsimile: (310) 620-5800 |
| 7 | Attorneys for Plaintiff |
| 8 | GENEXA INC. |
| 9 | MILLER BARONDESS, LLP<br>David W. Schecter (State Bar No. 296251) |
| 10 | dschecter@millerbarondess.com<br>Robby S. Naoufal (State Bar No. 302148) |
| 11 | rnaoufal@millerbarondess.com<br>1999 Avenue of the Stars, Suite 1000 |
| 12 | Los Angeles, California 90067<br>Telephone: (310) 552-4400 |
| 13 | Facsimile: (310) 552-8400 |
| 14 | Attorneys for Defendant<br>KINDERFARMS LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEXA INC., | No. 2:22-cv-09291-MWF-SK |
| Plaintiff, | **STIPULATION TO DISMISS GENEXA'S FIRST AMENDED COMPLAINT AND CLAIMS THEREIN WITHOUT PREJUDICE** |
| vs. | |
| KINDERFARMS LLC, | Courtroom:  5A |
| Defendant. | Judge:  Hon. Michael W. Fitzgerald |

Plaintiff GENEXA INC. ("Genexa") and defendant KINDERFARMS LLC ("KinderFarms"), acting through their counsel of record, stipulate as follows:

Pursuant to FRCP Rule 41(a)(1)(A), the First Amended Complaint and all claims set forth within, are dismissed without prejudice, with each party to bear its own attorney's fees and costs.

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Steven Marenberg, attest that all other signatories listed concur in this filing's content and have authorized the filing.

Respectfully submitted:

Dated: April 28, 2023.                     PAUL HASTINGS LLP

                                           By:    */s/ Steven A. Marenberg*
                                                  Steven A. Marenberg
                                                  Attorneys for Plaintiff
                                                  Genexa Inc.


Dated: April 28, 2023.                     MILLER BARONDESS, LLP

                                           By:    */s/ David W. Schecter*
                                                  David W. Schecter
                                                  Attorneys for Defendant
                                                  KinderFarms LLC

CASE NO. 2:22-cv-09291-MWF-SK                -2-                STIP. TO DISMISS GENEXA'S FIRST AMENDED COMPLAINT WITHOUT PREJUDICE